UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE U.A.      )
LOCAL 447 PIPE TRADE TRUST FUNDS;  )
and THOMAS McEVILLY, Trustee,      )
                                   )    2:06-cv-1398-GEB-DAD
            Plaintiffs,            )
                                   )    ORDER CONTINUING STATUS
    v.                             )    (PRETRIAL SCHEDULING)
                                   )    CONFERENCE
VPM, INC., a California            )
corporation,                       )
                                   )
            Defendant.             )
_____)
```

The June 23, 2006, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for September 25, 2006, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  On September 18, 2006,

---

[1]  As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to

(continued...)

1

1  Plaintiffs' counsel filed a declaration in which he states
2  "Plaintiff's [sic] request a continuance of the [status conference]
3  . . . to see if the parties can settle this matter."  (Carroll Decl.
4  at 2.)  Even if the declaration could arguably be construed as a
5  status report, it was filed late.
6        Plaintiffs are warned that an order to show cause proceeding
7  could be instituted for late filings.  The status conference is
8  rescheduled to commence at 9:00 a.m. on November 20, 2006.  In
9  accordance with the requirements set forth in the June 23 Order, the
10 parties shall file a joint status report no later than November 6,
11 2006.
12       IT IS SO ORDERED.
13 Dated: September 20, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1](...continued)
          participate as ordered, the party timely
          submitting the status report shall include a
          declaration explaining why it was unable to
          obtain the cooperation of the other party or
          parties.

Order filed June 23, 2006, at 2 n.1.

2